# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WHEELER AND<br>CAROLINE WHEELER | : |
| v. | : |
| | : CIVIL ACTION NO: |
| FARMERS PROPERTY AND CASUALTY<br>INSURANCE COMPANY | : |

## NOTICE OF REMOVAL

**TO: THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Defendant, Farmers Property and Casualty Insurance Company, (hereinafter referred to as "Farmers"), by and through its attorneys, Marshall Dennehey, P.C., hereby files this Notice of Removal of this case from the Court of Common Pleas of Philadelphia County, Pennsylvania, where it is now pending, to the United States District Court for the Eastern District of Pennsylvania on the basis of diversity jurisdiction, and in support thereof avers as follows:

1. Plaintiffs, Kevin Wheeler and Caroline Wheeler (the "Plaintiffs"), commenced this action against Defendant, Farmers Property and Casualty Insurance Company ("Farmers"), by filing a Compliant in the Court of Common Pleas of Philadelphia County, Pennsylvania on July 9, 2026, docketed as Case Number 260700996. (A true and correct copy of the Complaint is attached hereto and incorporated herein as Exhibit "A").

2. The certified tracking number on Plaintiffs' Complaint evidences that the Complaint was served on Defendant Farmers on August 5, 2026. (A true and correct copy of the USPS Tracking is attached hereto and incorporated herein as Exhibit "B").

3. The Complaint states that Plaintiffs reside at 706 Hallowell Drive, Huntingdon Valley, Pennsylvania 19006. (Exhibit "A" at ¶1). Therefore, upon information and belief, Plaintiffs are citizens of the Commonwealth of Pennsylvania.

4. Defendant, Farmers, is a corporation organized and existing under the laws of the Rhode Island, with its principal place of business located at 700 Quaker Lane, Warwick, Rhode Island 02886.

5. Plaintiffs' Complaint asserts one count for breach of contract, arising out of a homeowners' insurance claim involving a homeowners policy issued by Defendant, Farmers. (*See* Exhibit "A").

6. The present lawsuit is removable from the state court to the United States District Court pursuant to 28 U.S.C. §§ 1441 and 1446 .

7. In the Complaint, Plaintiffs has demanded judgment in an amount in excess of $50,000.00 in connection with their claim. (*See* Exhibit "A" at ¶7).

8. In support of the damages for breach of contract, Plaintiffs attached as an exhibit an estimate from TSO Adjustment Service, LLC, which totals $82,141.81. (*See* Exhibit "A" at "Exhibit '2'" attached thereto).

9. Consequently, the amount in controversy in this matter is in excess of the sum of $75,000.00, exclusive of interest and costs, such that the amount in controversy and the diversity requirements for federal diversity jurisdiction are satisfied and this court now has jurisdiction over this subject matter under and pursuant to 28 U.S.C. § 1332.

10. As such, this Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

11. This Notice of Removal ("Notice") is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within thirty days of August 5, 2026, the date on which the Complaint was served on Defendant. *See Signature Bldg. Sys. of Pennsylvania, LLC v. Motorist Mut. Ins. Co.*, 2021 WL 1946758, at *4 (M.D. Pa. May 14, 2021) (citing 28 U.S.C. § 1446(b)(1)) ("the notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…").

12. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

13. Promptly after filing with this Honorable Court and with the assignment of a Civil Action Number, a copy of this Notice of this Removal will be filed with the Court of Common Pleas of Philadelphia County, Pennsylvania in accordance with 28 U.S.C. § 1446(d).

14. Copies of all process, pleadings and other Orders which have been received by Defendant in this action are filed herewith.

**WHEREFORE**, Defendant respectfully requests that it may affect the Removal of this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

Date: September 1, 2026 By: ______________________

Alec N. DelConte, Esquire
2000 Market Street, Ste. 2300
Philadelphia, PA 19103
(215) 575-2675
andelconte@mdwcg.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEVIN WHEELER AND<br>CAROLINE WHEELER<br><br>v.<br><br>FARMERS PROPERTY AND CASUALTY<br>INSURANCE COMPANY | :<br>:<br>:<br>:<br>: CIVIL ACTION NO:<br>:<br>: |

## CERTIFICATION

I, Alec N. DelConte, Esquire, hereby certify that the facts set forth in the foregoing Notice of Removal are true and correct to the best of my knowledge, information and belief.

**MARSHALL DENNEHEY, P.C.**

Date: September 1, 2026

By: ______________________________

Alec N. DelConte, Esquire
2000 Market Street, Ste. 2300
Philadelphia, PA 19103
(215) 575-2675
andelconte@mdwcg.com